588 A.2d 503

**Stuart ROSS, Appellant,**

v.

**PHILADELPHIA CIVIL SERVICE COMMISSION, Appellee.**

Supreme Court of Pennsylvania.

Argued April 5, 1990.

Decided March 25, 1991.

F. Emmett Fitzpatrick, III, Philadelphia, for appellant.

John P. Straub, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM.

AND NOW, this 25th day of March, 1991, the Order of the Commonwealth Court, —— Pa.Cmwlth. ——, 556 A.2d 550, is affirmed.